**Allan Berger, LA Bar 2977**
**Allan Berger and Associates**
**4173 Canal Street**
**New Orleans, Louisiana  70119**
**Telephone: (504) 486-9481**
**Facsimile:  (504) 483-8130**
**Attorney for Plaintiff**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | | |
|---|---|---|
| In re: Bextra and Celebrex Marketing Sales | * | MDL No. 1699 |
| Practices and Product Liability Litigation | * | District Judge: Charles R. Breyer |
| ************************************** | | |
| MARY ANN LONG | * | Case No. 06-3679 |
| | * | |
| Plaintiff, | * | **STIPULATION AND ORDER OF** |
| | * | **DISMISSAL WITH PREJUDICE** |
| VS. | * | |
| | * | |
| PFIZER, INC. , et al | * | |
| | * | |
| Defendants. | * | |
| ************************************** | | |

Comes now the Plaintiff, **MARY ANN LONG**, by and through the undersigned

attorney(s), pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby seeks dismissal

of this action *with prejudice* with each side bearing its own attorneys'/fees and costs.

Dated: _3-18-19_                                    BY_____

Attorney for Plaintiff, MARY ANN LONG

ALLAN BERGER & ASSOC., P.L.C.
ALLAN BERGER (BAR #2977)
4173 Canal Street
New Orleans, LA 70119
Telephone:  (504) 486-9481
Facsimile:  (504) 483-2201
aberger@allan-berger.com

Dated:   December 11, 2009       BY: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
(212)335-4500
Fax: 212-335-4501
*DEFENDANTS' LIAISON COUNSEL*

**PURSUANT TO THE TERMS SET FORTH IN THIS PARTIES' STIPULATION, IT IS
SO ORDERED.**

Dated:   DEC 1 6 2009

Hon. Charles R. Breyer,
United States District Court